FILED
June 25, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CR_____
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | Cause No.: **DR:25-CR-01618-EG** |
| v. | § § | **INDICTMENT** |
| NOEL CORRAL, | § § § § § | [COUNT 1: 18 U.S.C. § 111(a)(1): Assaulting, Resisting or Impeding Certain Officers or Employees.] |

THE GRAND JURY CHARGES:

COUNT ONE
[18 U.S.C. § 111(a)(1)

On or about May 31, 2025, in the Western District of Texas, Defendant,

NOEL CORRAL,

did intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Customs and Border Protection Officer R.F.G., who is an officer and employee of an agency of the United States, while said agent was engaged in and on account of the performance of his official duties, and such acts involved physical contact with said agent, all in violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL.



FOREPERSON

JUSTIN R. SIMMONS
United States Attorney

By: _____
MATT I. KASS
Assistant United States Attorney