FILED
OCT 20 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                                        CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

NOEL CORRAL,

    Defendant.

Cause No.: DR25-CR-1618-EG

## STIPULATION OF FACTS

The United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant U.S. Attorney, the Defendant, and Defense counsel hereby stipulate that if this matter were to proceed to trial, the United States would establish by legal and competent evidence the following facts beyond a reasonable doubt:

On May 31, 2025, at approximately 9:00 P.M., Noel Corral (Defendant), a United States Citizen, entered the United States from the Republic of Mexico via the Camino Real International Bridge Port of Entry (Bridge 2) in Eagle Pass, Texas, within the Western District of Texas. Defendant was a passenger that was identified during the primary search of a commercial bus destined for Chicago, Illinois.

During the verification of Defendant's identity, U.S. Customs and Border Protection Officer (CBPO) Rene Fernandez Galvan received a computer-generated notification that Defendant had active felony warrants issued by the State of Texas for the importation of Heroin and Fentanyl. Upon notification from CBPO of these active warrants and that he was being placed under arrest, Defendant attempted to flee the location on foot. While fleeing, Defendant ran around

the CBPO processing counter, ramming CBPO Supervisor Louis Solis into a wall and knocking Supervisor Solis to the ground. Defendant continued to attempt to evade CBPOs in a reckless and aggressive manner.

After evading CBPOs out of the CBP processing building, CBPOs were able to catch up to Defendant in the pre-primary area outside of the building. Approximately seven CBPOs struggled to detain Defendant, eventually wrestling him to the ground and placing him in handcuffs. Corral was then placed in a detention cell. The entire incident was captured by CBP video surveillance.

CBPO Rene Fernandez had a swollen bottom lip, cut to the left forearm and scrape on the left knee. CBPO Supervisor Louis Solis had scrapes to the left knee and red marks on his left temple.

Defendant, Noel Corral, now accepts responsibility and admits that on or about May 31, 2025, within the Western District of Texas, that he intentionally assaulted and resisted federal officers; the resisting involved physical contact with the officers, and was done voluntarily and intentionally; at the time of the assault, the federal officers, were engaged in the performance of their official duties, and the assault involved Defendant making physical contact with the officers, all in violation of 18 U.S.C. §§ 111(a)(1).

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

*Ashley Ellis-Dotson*, For:
DAISY GONZALEZ
Assistant United States Attorney

I have carefully read and reviewed the entirety of this Stipulation of Fact, or it has been read to me (and if necessary, translated for me) and reviewed with me by my attorney. After careful consideration and discussion with my attorney, and fully understanding my rights with respect to the pending criminal charge(s), I knowingly and voluntarily agree the above Stipulation of Facts is true and accurate, and had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Signed this _____15_____ day of _____Sept_____, 2025.

_____
NOEL CORRAL
Defendant


I am counsel for Defendant. I have fully explained to Defendant all of Defendant's rights with respect to the pending criminal charge(s). I have carefully reviewed this Stipulation of Fact in its entirety with Defendant and provided Defendant with my best professional advice. In my opinion, Defendant's decision to agree to this Stipulation of Fact made voluntarily, and with full knowledge of its obligations and consequences.

Signed this _____15_____ day of _____Sept_____, 2025.

_____
DALILA PADILLA PAXTON
Defendant's Attorney


Adopted and approved this _____20th_____ day of _____Oct._____, 2025.

_____
JOSEPH CORDOVA
United States Magistrate Judge